CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

April 17, 2026
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE  DIVISION

| | | |
|---|---|---|
| **DAVID TRIPLETT,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:26CV00139 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **TAZEWELL COUNTY REGIONAL** | ) | JUDGE JAMES P. JONES |
| **JAIL MEDICAL DEPARTMENT,** | ) | |
| | ) | |
| Defendants. | ) | |

*David Triplett, Pro Se Plaintiff.*

The plaintiff, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983.  By Order entered March 5, 2026, the court advised Triplett that the named defendant does not qualify as a person to be sued under § 1983 and directed that he file an Amended Complaint specifically describing the information needed for his claims to proceed.  The court expressly warned Triplett that failure to file an Amended Complaint within thirty days would result in dismissal of the action without prejudice.

The deadline has elapsed, and Triplett has failed to submit an Amended Complaint or otherwise communicate with the court regarding this case. Accordingly, I will dismiss this action without prejudice for failure to prosecute.  *See Burrell v. Shirley*, 142 F.4th 239, 249 (4th Cir. 2025) (providing that Federal Rule

of Civil Procedure 41(b) provides an explicit basis for courts to dismiss a case for failure to prosecute or comply with court orders).

A separate Judgment will be entered herewith.

ENTER: April 17, 2026

/s/ JAMES P. JONES
Senior United States District Judge